## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

RONALD WADE,                        :

    Petitioner,                      :

                                   Case No. 3:07cv00346

                                  :

vs.                                         District Judge Walter Herbert Rice
                               :        Magistrate Judge Sharon L. Ovington

WARDEN, Lebanon Correctional
Institution,                        :

    Respondent.                      :

---

**DECISION AND ENTRY ADOPTING IN FULL THE REPORT AND RECOMMENDATIONS FILED ON NOVEMBER 10, 2009 (Doc. #10); DENYING AND DISMISSING RONALD WADE'S PETITION FOR WRIT OF HABEAS CORPUS (Doc. #1); DECLINING TO ISSUE A CERTIFICATE OF APPEALABILITY UNDER 28 U.S.C. §2253(c); AND TERMINATING THIS CASE ON THE DOCKET OF THE COURT**

---

The Court has conducted a de novo review of the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #10), to whom this case was originally

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and

that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS**

in full said Report and Recommendations.

It is therefore **ORDERED** that:

1.    The Report and Recommendations filed on November 10, 2009 (Doc. #10) is
    ADOPTED in full;

2.    Ronald Wade's Petition for Writ of Habeas Corpus (Doc. #1) is DENIED
    and DISMISSED;

3.   A certificate of appealability under 28 U.S.C. §2253(c) shall not issue; and

4.   This case is terminated on the docket of the Court.

_Walter Herbert Rice_
Walter Herbert Rice
United States District Judge